UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ENRIQUE OYOLA-ROPERO (12)** )<br>)<br>and )<br>)<br>**SERGIO RENE DE MARTINI-** )<br>**TAMAYO (14)** )<br>    a.k.a. "Paisa," )<br>    a.k.a. "Rafita," )<br>    a.k.a. "Henry" )<br>)<br>Defendant**.** )<br>_____ ) | Criminal Case No.  05-342-12 (RCL)<br>                                05-342-14 (RCL) |

## PROPOSED ORDER OF DETENTION

Upon consideration of the Government' motion to detain Enrique Oyola-Ropero and Sergio Rene De Martini-Tamayo, a.k.a. "Paisa," a.k.a. "Rafita," a.k.a. "Henry," without bond pending trial pursuant to 18 U.S.C. § 3142 and the record herein, it is, this _____ day of _____, 2007,

ORDERED, that the Government's motion is granted and that Enrique Oyola-Ropero and Sergio Rene De Martini-Tamayo, a.k.a. "Paisa," a.k.a. "Rafita," a.k.a. "Henry,"  will be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1.  There is a presumption that the Enrique Oyola-Ropero and Sergio Rene De Martini-Tamayo, a.k.a. "Paisa," a.k.a. "Rafita," a.k.a. "Henry," should be detained because they has been charged by Indictment with an offense for which a maximum term of imprisonment of ten years of more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2. Enrique Oyola-Ropero and Sergio Rene De Martini-Tamayo, a.k.a. "Paisa," a.k.a. "Rafita," a.k.a. "Henry," have no significant ties to the United States and their personal characteristics support the conclusion that they are a risk of flight if released.

3. Enrique Oyola-Ropero and Sergio Rene De Martini-Tamayo, a.k.a. "Paisa," a.k.a. "Rafita," a.k.a. "Henry," are a danger to the community in general as a result of their drug trafficking activities.

4. Enrique Oyola-Ropero and Sergio Rene De Martini-Tamayo, a.k.a. "Paisa," a.k.a. "Rafita," a.k.a. "Henry," have not rebutted the presumption contained in the Bail Reform Act and accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendants at trial. See 18 U.S.C. § 3142(e).

5. Enrique Oyola-Ropero and Sergio Rene De Martini-Tamayo, a.k.a. "Paisa," a.k.a. "Rafita," a.k.a. "Henry," shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6. Enrique Oyola-Ropero and Sergio Rene De Martini-Tamayo, a.k.a. "Paisa," a.k.a. "Rafita," a.k.a. "Henry," shall be afforded reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3).

                                                                                 _____
                                                      HONORABLE ROYCE C. LAMBERTH
                                                      UNITED STATES DISTRICT COURT JUDGE
                                                      THE DISTRICT OF THE DISTRICT OF COLUMBIA

cc:     Patrick H. Hearn, Trial Attorney
          Narcotic and Dangerous Drug Section
          U.S. Department of Justice
          1400 New York Ave., N.W.,

Washington, D.C. 20530

Joanne Roney Hepworth
Attorney for Sergio De Martini-Tomayo
601 Pennsylvania Ave. N.W.
Suite 900, South Building
Washington, D.C. 2004

Elise Haldane
Attorney for Enrique Oyola Ropero
303 E St., N.E.
Washington, DC 20002