UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :   Criminal No.:  05-342-(RCL)
v.                              :
                                :
SERGIO RENE DE MARTINI-TAMAYO,  :
                                :
        Defendant.              :
_____:

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of G. Allen Dale, as retained counsel on behalf of defendant, Sergio Rene De Martini-Tamayo

                                                                         /s/
                                      G. ALLEN DALE - Bar No. 954537
                                      601 Pennsylvania Avenue, N.W.
                                      Suite 900 - North Building
                                      Washington, D.C.  20004
                                      (202) 638-2900
                                      Facsimile:  (202) 783-1654