UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 05-342-(RCL) |
| v. : | |
| : | |
| SERGIO RENE DE MARTINI-TAMAYO, : | |
| : | |
| Defendant. : | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MATTHEW D. MYERS, COUNSEL FOR SERGIO RENE DE MARTINI-TAMAYO

G. Allen Dale, counsel for Defendant Sergio Rene De Martini-Tamayo, hereby respectfully moves the Court for entry of an order permitting Matthew D. Myers to appear *pro hac vice* in accordance with Local Civil Rule 83.2. In support thereof, I hereby submit the accompanying certifications together with a draft order for the Court's consideration.

Respectfully submitted,

/s/
G. ALLEN DALE
Bar No. 954537
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
(202) 638-2900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 05-342-(RCL) |
| v. : | |
| : | |
| SERGIO RENE DE MARTINI-TAMAYO, : | |
| : | |
| Defendant. : | |
| _____ : | |

## *PRO HAC VICE* ADMISSION CERTIFICATION OF MATTHEW D. MYERS

I, Matthew D. Myers hereby certify that the following information is true and correct:

1. My full name is Matthew D. Myers. LCvR 83.2(d)(1).

2. My office address is 122 East 42nd Street, Suite 2710, New York, New York 10168, and my business telephone number is (212) 986-5900. LCvR 83.2(d)(1).

3. I have been admitted to the following bars: State of New York, United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York. LCvR 83.2(d)(3).

4. I have not been disciplined by any bar. LCvR 83.2(d)(4).

5. I have not been admitted *pro hac vice* in this Court within the last two years. LCvR 83.2(d)(5).

6. I do not engage in the practice of law from an office located in the District of Columbia. LCvR 83.2(d)(6).

7. I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code pertaining to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of Professional Conduct as adopted by the District of

Columbia Court of Appeals, to which I will faithfully adhere, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct. LCvr 83.2(J), 83.2(6).

8.  I hereby swear and/or affirm that the foregoing Certification is true and correct to the best of my knowledge.

Date: August 15, 2007
                                                             /s/
                                               Matthew D. Myers
                                               Myers & Galiardo, LLP
                                               122 East 42nd Street, Suite 2710
                                               New York, New York  10168
                                               (212) 986-5900
                                               Fax:  (212) 986-6205
                                               Email:  mdm@myersgaliardo.com