UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 05-342-(RCL) |
| v. : | |
| : | |
| SERGIO RENE DE MARTINI-TAMAYO, : | |
| : | |
| Defendant. : | |
| _____ : | |

### ORDER

Upon careful consideration of the motion by G. Allen Dale, counsel for Defendant Sergio Rene De Martini-Tamayo, for the *pro hac vice* admission of Matthew D. Myers to represent Defendant Sergio Rene De Martini-Tamayo, the motion is hereby GRANTED.

Matthew D. Myers is hereby admitted to practice before this Court in the above captioned matter *pro hac vice* as counsel for Defendant Sergio Rene De Martini-Tamayo, as set forth in Local Rules 83.2© and (d).

TO THE CLERK: Please add Matthew D. Myers (email address: mdm@myersgaliardo.com to the ECF service list in this case.

SO ORDERED.

_____  
Dated

_____  
Royce C. Lamberth, Judge  
United States District Court