UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :    Criminal No.: 05-342-(RCL)
v.                                :
                                  :
SERGIO RENE DE MARTINI-TAMAYO,    :
                                  :
Defendant.                        :
                                  :

**ORDER**

RECEIVED
AUG 1 5 2007
CHAMBERS OF
JUDGE LAMBERTH

Upon careful consideration of the motion by G. Allen Dale, counsel for Defendant Sergio Rene De Martini-Tamayo, for the *pro hac vice* admission of Matthew D. Myers to represent Defendant Sergio Rene De Martini-Tamayo, the motion is hereby GRANTED.

Matthew D. Myers is hereby admitted to practice before this Court in the above captioned matter *pro hac vice* as counsel for Defendant Sergio Rene De Martini-Tamayo, as set forth in Local Rules 83.2© and (d).

TO THE CLERK: Please add Matthew D. Myers (email address: mdm@myersgaliardo.com to the ECF service list in this case.

SO ORDERED.

8/17/07
Dated

Royce C. Lamberth
Royce C. Lamberth, Judge
United States District Court