UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS ANTONIO MURILLO-LENIS, | ) | CRIMINAL NO. 05-342-02 (RCL) |
| | ) | |
| GARETH DAVITON LEWIS, | ) | CRIMINAL NO. 05-342-05 (RCL) |
| | ) | |
| CARLOS DELGADO-GOMEZ, | ) | CRIMINAL NO. 05-342-10 (RCL) |
| | ) | |
| ENRIQUE OYOLA-ROPERO, | ) | CRIMINAL NO. 05-342-12 (RCL) |
| | ) | |
| SERGIO RENE DE MARTINI-TAMAYO, | ) | CRIMINAL NO. 05-342-14 (RCL) |
| | ) | |
| JOSE HUGO ALVAREZ-LOZANO, | ) | CRIMINAL NO. 05-342-15 (RCL) |
| | ) | |
| JAIME HERNAN GUTIERREZ-DIAZ, | ) | CRIMINAL NO. 05-342-16 (RCL) |
| | ) | |
| GERMAN VILLEGAS-MEJIA, | ) | CRIMINAL NO. 05-342-17 (RCL) |
| | ) | |
| GERARDO TOBON-ROJAS, | ) | CRIMINAL NO. 05-342-18 (RCL) |
| | ) | |
| JUAN EDUARDO PEREZ-RINCON, | ) | CRIMINAL NO. 05-342-24 (RCL) |
| | ) | |
| ALFREDO LUIS PERALTA-CARRILLO, | ) | CRIMINAL NO. 05-342-25 (RCL) |
| | ) | |
| Defendants. | ) | |

FILED

APR 17 2008

Clerk, U.S. District and
Bankruptcy Courts

## ORDER

Now before the Court comes several issues as this case begins to approach trial.

I.  **TRIAL GROUPINGS**

Upon consideration of the Government's suggested groupings for trial and the comments by defense counsel and the Government at the April 16, 2008 status conference, it is hereby

ORDERED that defendants shall be grouped for trial as follows:

First Trial Group:

    Jesus Antonio Murillo-Lenis (2)

    Gareth Daviton Lewis (5)

    Enrique Oyola-Ropero (12)

    Sergio Rene De Martini-Tamayo (14)

    Gerardo Tobon-Rojas (18)

    Alfredo Luis Peralta-Carrillo (25)

Second Trial Group:

    Carlos Delgado-Gomez (10)

    Jose Hugo Alvarez-Lozano (15)

    Jaime Hernan Gutierrez-Diaz (16)

    German Villegas-Mejia (17)

    Juan Eduardo Perez-Rincon (24)

It is further hereby

ORDERED that trial for the first group is set for October 1, 2008, at 10:00am. A status conference for defendants in this group will be held June 12, 2008, at 2:00pm. It is further hereby

ORDERED that trial for the second group is set for December 1, 2008, at 10:00am. A status conference for defendants in this group will be held June 12, 2008, at 3:00pm.

## II.     EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

Next before the Court comes the Government's motions [37], [82], [110], and [134] to exclude time under the Speedy Trial Act. Having considered the motions, the responses filed by defendants Villegas-Mejia, Murillo-Lenis, and Gutierrez-Diaz, and applicable law, it is hereby

ORDERED that the Government's motions are GRANTED. The Court has determined that the ends of justice are served by excluding time when computing the date which trial must commence and that these ends "outweigh the best interest of the public and the defendant[s] in a speedy trial." *See* 18 U.S.C. § 3161(h)(8)(A). Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court makes the following findings in support of its conclusion: This case is so complex due to the number of defendants and the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the otherwise applicable speedy trial time-limits. *See* 18 U.S.C. § 3161(h)(8)(B)(ii). This case is an international drug conspiracy prosecution involving twenty-five indicted individuals, eleven of whom the Court today schedules for trial. These defendants are from Columbia and Jamaica, and investigation of the case by U.S. and foreign law enforcement agents has occurred in multiple countries. Additionally, the case involves extensive wiretap evidence, which must be translated from Spanish and Patois into English, a lengthy process, which is far from complete. Potential witnesses likely reside in foreign countries and the case also involves extraterritorial application of United States law, both factors contributing to the case's complexity. The April 16, 2008

status conference served to verify that due to a combination of the above factors, this case is far from ready for trial.

### III. MOTIONS REQUESTING ENLARGEMENT OF TIME

Before considering motions from three defendants who request extensions of time, the Court, aware that evidence is still being produced to defendants, hereby

ORDERS that defendants shall have an opportunity to file motions seeking suppression of evidence by a deadline hopefully to be set at the June 12, 2008 status conference.

Upon consideration of defendant Jose Hugo Alvarez-Lozano's (15) motion [111] for enlargement of time to file motions and for an order requiring timely disclosure of evidence, it is hereby

ORDERED that the motion is DENIED without prejudice to refiling said motion after the June 12, 2008 status conference.

Upon consideration of defendant Gerardo Tobon-Rojas' (18) motion [114] for enlargement of time to file suppression motions and to respond to the Government motions and proposed groupings, it is hereby

ORDERED that the motion is DENIED. The motion is DENIED as moot as to the requests for extensions of time to respond to the Government's proposed groupings and the motion to exclude time under the Speedy Trial Act. The motion is DENIED without prejudice as to defendant's refiling a motion seeking suppression of evidence at a time after the June 12, 2008, status conference.

Upon consideration of defendant Antonio Murillo-Lenis' (2) motion [115] for enlargement of time to file suppression of motions and for an order requiring timely disclosure of evidence, it is hereby

ORDERED that the motion is DENIED without prejudice as to refiling said motion after the June 12, 2008 status conference.

SO ORDERED.


_____        _4/17/08_
United States District Judge Royce C. Lamberth        Date

Case 1:05-cr-00342-RCL    Document 142    Filed 04/17/2008    Page 6 of 6