## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**


**v.**                                    **05-342**


**JOSE HUGO ALVAREZ LOZANO,**
           **et.al.**



## <u>ORDER</u>

It is Hereby Ordered that the Government provide a schematic to the defendants describing the interrelatedness of the co-conspirators and the facts that prove a single Conspiracy.


It is further Ordered the Government disclose the statements they intend to offer in evidence as co-conspirator statements, against whom it is being offered  and their theory of admissibility.


**So Ordered.   This _____day of _____2008.**


**_____**
**Chief Judge Royce C. Lamberth**