UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. ) | |
| JESUS ANTONIO MURILLO-LENIS, ) | CRIMINAL NO. 05-342-02 (RCL) |
| RANFER MANUEL RIOS-MERCADO, ) | CRIMINAL NO. 05-342-03 (RCL) |
| GARETH DAVITON LEWIS, ) | CRIMINAL NO. 05-342-05 (RCL) |
| CARLOS DELGADO-GOMEZ, ) | CRIMINAL NO. 05-342-10 (RCL) |
| ENRIQUE OYOLA-ROPERO, ) | CRIMINAL NO. 05-342-12 (RCL) |
| SERGIO RENE DE<br>MARTINI-TAMAYO, ) | CRIMINAL NO. 05-342-14 (RCL) |
| JOSE HUGO ALVAREZ-LOZANO, ) | CRIMINAL NO. 05-342-15 (RCL) |
| JAIME HERNAN GUTIERREZ-DIAZ, ) | CRIMINAL NO. 05-342-16 (RCL) |
| GERMAN VILLEGAS-MEJIA, ) | CRIMINAL NO. 05-342-17 (RCL) |
| GERARDO TOBON-ROJAS, ) | CRIMINAL NO. 05-342-18 (RCL) |
| FERNANDO ZAPATA-BERMUDEZ, ) | CRIMINAL NO. 05-342-19 (RCL) |
| JUAN EDUARDO PEREZ-RINCON, ) | CRIMINAL NO. 05-342-24 (RCL) |
| ALFREDO LUIS<br>PERALTA-CARRILLO, ) | CRIMINAL NO. 05-342-25 (RCL) |
| Defendants. ) | |

**ORDER**

FILED

JUL 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is hereby

ORDERED that this Court's Order [163] dated June 13, 2008 is modified as follows:

Any motion to suppress evidence shall be filed no later than July 9, 2008.

SO ORDERED.

_____          _____
Chief Judge Royce C. Lamberth                    Date