A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER   CR-05-342-RCL |
| Alvaro Serrano Archbold-Manner, et al | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Teresa A. Wallbaum___ as counsel in this
(Attorney's Name)

case for:___United States of America___
(Name of party or parties)

August 14, 2008
Date

Illinois # 6211941
BAR IDENTIFICATION

Signature

Teresa A. Wallbaum
Print Name

1400 New York Ave, NW
Address

Washington, DC 20530
City          State          Zip Code

(202) 616-5193
Phone Number